1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELLE A. PRINCE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700



FILED

MAR 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   CASE NO. 2:11-CR-0117 WBS
                                  )
            Plaintiff,            )   VIOLATIONS: 18 U.S.C. §
                                  )   1591(a)(1) - Sex Trafficking of
     v.                           )   Children or by Force, Fraud,
                                  )   and Coercion; 18 U.S.C. §
LONEL MCCARTER,                   )   1591(a)(2) - Sex Trafficking of
                                  )   Children or by Force, Fraud,
            Defendant.            )   and Coercion; 18 U.S.C. §
                                  )   1594(d) - Criminal Forfeiture
                                  )

# I N D I C T M E N T

COUNT ONE:  [18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children or by Force, Fraud, and Coercion]

The Grand Jury charges: T H A T

LONEL MCCARTER

defendant herein, between on or about October 22, 2010, and on or about October 25, 2010, in Sacramento County, State and Eastern District of California, and Reno, Washoe County, State and District of Nevada, and elsewhere in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a 13-year-old female

1

1 identified as "JANE DOE," knowing and with reckless disregard, that
2 means of force, threats of force, fraud, coercion, and any
3 combination thereof, would be used to cause the person to engage in a
4 commercial sex act, and that the person had not attained the age of
5 18 years and would be caused to engage in a commercial sex act, in
6 violation of Title 18, United States Code, Sections 2 and 1591(a)(1).
7 COUNT TWO:     [18 U.S.C. § 1591(a)(2) - Participating in a Sex
                  Trafficking Venture]
8
9     The Grand Jury further charges:   T H A T
10                    LONEL MCCARTER
11 defendant herein, between on or about October 22, 2010, and on or
12 about October 25, 2010, in Sacramento County, State and Eastern
13 District of California, and Reno, Washoe County, State and District
14 of Nevada, in and affecting interstate commerce, knowingly
15 benefitted, financially and by receiving anything of value, from
16 participation in a venture which did recruit, entice, harbor,
17 transport, provide, obtain, and maintain by any means, a person, to
18 wit: a 13 year-old female identified as "JANE DOE," knowing and in
19 reckless disregard that means of force, threats of force, fraud,
20 coercion, and any combination thereof, would be used to cause the
21 person to engage in a commercial sex act, and that the person had not
22 attained the age of 18 years and would be caused to engage in a
23 commercial sex act, in violation of Title 18, United States Code,
24 Sections 2 and 1591(a)(2).
25 FORFEITURE ALLEGATION: [18 U.S.C. § 1594(d) - Criminal Forfeiture]
26     1.  Upon conviction of the offenses alleged in Counts One or Two
27 of this Indictment, defendant LONEL MCCARTER shall forfeit to the
28 United States pursuant to 18 U.S.C. § 1594(d), any property, real or

2

1  personal, which constitutes or is derived from any proceeds obtained,
2  directly or indirectly or that was used or intended to be used to
3  commit or to facilitate the commission of such violations.
4      2.  If any property subject to forfeiture, as a result of the
5  offenses alleged in Count One or Two of this Indictment, for which
6  the defendant is convicted,
7           a.  cannot be located upon the exercise of due diligence;
8           b.  has been transferred or sold, or deposited with, a
9               third party;
10          c.  has been placed beyond the jurisdiction of the court;
11          d.  has substantially diminished in value; or
12          e.  has been commingled with other property which cannot
13              be divided without difficulty,
14 it is the intent of the United States, 28 U.S.C. § 2461(c), as
15 incorporated by Title 21 U.S.C. § 853(p), to seek forfeiture of any
16 other property of defendant up to the value of the property subject
17 to forfeiture.

                                              A TRUE BILL.

                                         /s/ Signature on file w/AUSA

BENJAMIN B. WAGNER
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
vs.

### LONEL MCCARTER

---

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1591 (a) (1) - Sex Trafficking of Children or by Force, Fraud, and Coercion; 18 U.S.C. § 1591 (a) (2) - Sex Trafficking of Children or by Force, Fraud, and Coercion; 18 U.S.C. § 1594 (d) - Criminal Forfeiture

---

*A true bill,*

/S/

_____ *Foreman.*

---

*Filed in open court this* __10__ *day*

*of* __March__, A.D. 20 __11__

_____ *Clerk.*

---

*Bail, $* _____

**NO BAIL WARRANT**

GPO 863 525

## PENALTY SLIP

**DEFENDANT:**     **LONEL MCCARTER**

**COUNT ONE:**
VIOLATION:     18 U.S.C. § 1591 (a) (1) - Sex Trafficking of Children or by Force, Fraud, and Coercion

PENALTY:     $250,000 Fine; or
Not less than 15 years to Life imprisonment, or both;
Life supervised release.

**COUNT TWO:**
VIOLATION:     18 U.S.C. § 1591 (a) (2) - Participating in a Sex Trafficking Venture

PENALTY:     $250,000 fine; or
15 years to Life imprisonment, or both;
Life supervised release.

**FORFEITURE ALLEGATION:**
VIOLATION:     18 U.S.C. § 1594 (d) - Criminal Forfeiture
PENALTY:     As stated in indictment.

ASSESSMENT:     $100 special assessment for each count