```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LONNELL McCARTER
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-117 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| v. | |
| LONNELL McCARTER, | Judge: Hon. William B. Shubb |
| | Date: December 12, 2011 |
| Defendant. | Time: 9:30 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant LONNELL McCARTER, that the status conference scheduled for December 12, 2011, be vacated and the matter continued until February 6, 2012, for further status conference at the request of the defense.

The reason for the continuance is to allow for further review of discovery and further progress in investigation now in progress.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded between December 9, 2011, and February 6, 2012,

pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  December 8, 2011          BENJAMIN B. WAGNER
                                 United States Attorney


                                  /s/ *Michelle Prince*
                                 MICHELLE PRINCE
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  December 8, 2011          DANIEL J. BRODERICK
                                 Federal Defender


                                  /s/ *Jeffrey L. Staniels*
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 LONNELL McCARTER

**O R D E R**

The above stipulation of the parties is accepted. The status conference set for December 12, 2011, is VACATED. This case is ordered to be re-calendared on February 6, 2012 at 9:30 a.m., for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

By the Court,

Date:  December 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                    -2-