```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LONNELL McCARTER
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,      ) No. 2:11-cr-117 WBS
                                  )
12           Plaintiff,           ) STIPULATION AND [PROPOSED] ORDER
                                  ) CONTINUING CASE
13     v.                         )
                                  )
14 LONNELL McCARTER,              ) Judge: Hon. William B. Shubb
                                  ) Date:  February 6, 2012
15           Defendant.           ) Time:  9:30 a.m.
                                  )
16 _____)
```

17

18 **IT IS HEREBY STIPULATED** by and between Assistant United States
19 Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal
20 Defender Jeffrey Staniels, counsel for defendant LONNELL McCARTER, that
21 the status conference scheduled for February 6, 2012, be vacated and
22 the matter continued until March 19, 2012 at 9:30 a.m., for further
23 status conference at the request of the defense.

24     The reason for the continuance is to allow for further review of
25 discovery, submission of follow-up discovery requests, and continuation
26 of investigation now in progress.

27     IT IS FURTHER STIPULATED that the interests of justice served by
28 the granting of this continuance outweigh the interests of the

defendant and the public in a speedy trial and that time for trial under the Speedy Trial Act should therefore be excluded between February 6, 2012, and March 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  February 3, 2012          BENJAMIN B. WAGNER
                                 United States Attorney


                                  /s/ *Michelle Prince*
                                 MICHELLE PRINCE
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  February 3, 2012          DANIEL J. BRODERICK
                                 Federal Defender


                                  /s/ *Jeffrey L. Staniels*
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 LONNELL McCARTER

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | The above stipulation of the parties is accepted.  The status |
| 3 | conference set for February 6, 2012, is VACATED.  This case is ordered |
| 4 | to be re-calendared on March 19, 2012 at 9:30 a.m., for status |
| 5 | conference. |
| 6 | The court finds, based on the reasons stated above, that the |
| 7 | interests of justice served by granting this continuance outweigh the |
| 8 | interests of the defendant and the public in a speedy trial. |
| 9 | **IT IS SO ORDERED.** |
| 10 | By the Court, |

Date:   February 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE