DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LONNELL McCARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-117 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~[PROPOSED]~~ |
| | ) | ORDER CONTINUING CASE |
| v. | ) | |
| | ) | |
| LONNELL McCARTER, | ) | Judge: Hon. William B. Shubb |
| | ) | Date: October 1, 2012 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United

States Attorney Michelle Prince, counsel for Plaintiff, and

Assistant Federal Defender Jeffrey Staniels, counsel for

defendant LONNELL McCARTER, that the status conference scheduled

for October 1, 2012, be vacated and the matter continued until

November 13, 2012, for further status conference at the request

of the defense.

The reason for the continuance is to allow for completion of

now-active negotiation regarding possible non-trial resolution of

the case and for further trial related investigation in the event

terms for non-trial resolution cannot be agreed to.  The

1  requested date also accounts for intervening schedule conflicts
2  for vacation, an office retreat and government counsel's trial
3  schedule.  At the last status conference the court urged the
4  parties to be prepared to announce resolution or to set a trial
5  date.  The parties seek this one additional continuance before
6  doing so.

7       IT IS FURTHER STIPULATED that the interests of justice served
8  by the granting of this continuance outweigh the interests of the
9  defendant and the public in a speedy trial and that time for
10  trial under the Speedy Trial Act should therefore be excluded
11  between October 1, 2012, and November 13, 2012, pursuant to 18
12  U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to
13  prepare).

14       **IT IS SO STIPULATED.**

15  Date:  September 27, 2012          BENJAMIN B. WAGNER
                                       United States Attorney
16

17                                      */s/ Michelle Prince*
                                       MICHELLE PRINCE
18                                     Assistant United States Attorney
                                       Counsel for Plaintiff
19

20  Date:  September 27, 2012          DANIEL J. BRODERICK
                                       Federal Defender
21

22                                      */s/ Jeffrey L. Staniels*
                                       JEFFREY L. STANIELS
23                                     Assistant Federal Defender
                                       Counsel for Defendant
24                                     LONNELL McCARTER

25

26

27

28

**O R D E R**

The above stipulation of the parties is accepted.  The status conference set for October 1, 2012, is VACATED.  This case is ordered to be re-calendared on November 13, 2012, for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

By the Court,

Date:  September 28, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE