JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LONNELL McCARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-117 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| v. | |
| LONNELL McCARTER, | Judge: Hon. William B. Shubb |
| Defendant. | Date: March 18, 2013<br>Time: 9:30 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant LONNELL McCARTER, that the status conference scheduled for March 18, 2013, be vacated and the matter continued at the request of the defense until April 29, 2013 at 9:30 a.m., for change of plea or for trial setting.

The reason for the continuance is to allow the probation office to receive and review documents necessary in order to prepare the previously ordered pre-plea presentence report. Receipt of the needed documents was inadvertently not

accomplished before the temporary departure for overseas duty of previously assigned government counsel.

IT IS FURTHER STIPULATED that the interests of justice served by the granting of this continuance outweigh the interests of the defendant and the public in a speedy trial and that time for trial under the Speedy Trial Act should therefore be excluded between March 18, 2013, and April 29, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  March 15, 2013            BENJAMIN B. WAGNER
                                 United States Attorney


                                  /s/ Michelle Prince
                                 MICHELLE PRINCE
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  March 15, 2013            JOSEPH SCHLESINGER
                                 Acting Federal Defender


                                  /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 LONNELL McCARTER

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | The above stipulation of the parties is accepted.  The status |
| 3 | conference set for March 18, 2013, is VACATED.  This case is |
| 4 | ordered to be re-calendared on April 29, 2012, for change of plea |
| 5 | or for trial setting. |
| 6 | The court finds, based on the reasons stated above, that the |
| 7 | interests of justice served by granting this continuance outweigh |
| 8 | the interests of the defendant and the public in a speedy trial. |
| 9 | The above captioned matter is ordered to be continued until April |
| 10 | 29, 2013, at 9:30 a.m. on this court's regular criminal calendar. |
| 11 | Time for trial under the speedy trial act, 18 U.S.C. § 3161 et. |
| 12 | seq. is excluded from March 18, 2013 through April 29, 2013, |
| 13 | pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. |
| 14 | **IT IS SO ORDERED.** |
| 15 | By the Court, |
| 17 | Date:  March 15, 2013 |
| 18 | HON. WILLIAM B. SHUBB<br>Senior United States District Judge |

Stipulation and Order                    -3-