```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    DOUGLAS BEEVERS, USVI Bar #766
 3  Assistant Federal Defenders
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorneys for Defendant
 6  LONNELL McCARTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-117 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE |
| v. | |
| LONNELL McCARTER, | Judge: Hon. William B. Shubb |
| Defendant. | Date: April 29, 2013<br>Time: 9:30 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant LONNELL McCARTER, that the status conference scheduled for April 29, 2013, be vacated and the matter continued at the request of the defense until June 3, 2013, for status conference.

The reason for the continuance is to allow the parties to review a recently completed pre-plea presentence report, and to consider possible resolution without trial in light of that report. The date requested also seeks time to permit Mr. Beevers

to familiarize himself with the case in order to assume representation of Mr. McCarter in light of the impending retirement of Mr. Staniels.

IT IS FURTHER STIPULATED that the interests of justice served by the granting of this continuance outweigh the interests of the defendant and the public in a speedy trial and that time for trial under the Speedy Trial Act should therefore be excluded between April 29, 2013, and June 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date:  June 3, 2013                    BENJAMIN B. WAGNER
                                       United States Attorney


                                        /s/ *Michelle Prince*
                                       MICHELLE PRINCE
                                       Assistant United States Attorney
                                       Counsel for Plaintiff

Date:  June 3, 2013                    JOSEPH SCHLESINGER
                                       Acting Federal Defender


                                        /s/ *Jeffrey L. Staniels*
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Counsel for Defendant
                                       LONNELL McCARTER

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | The above stipulation of the parties is accepted. The status |
| 3 | conference set for April 29, 2013, is VACATED. This case is |
| 4 | ordered to be re-calendared on June 3, 2012, for status |
| 5 | conference. |
| 6 | The court finds, based on the reasons stated above, that the |
| 7 | interests of justice served by granting this continuance outweigh |
| 8 | the interests of the defendant and the public in a speedy trial. |
| 9 | The above captioned matter is ordered to be continued until June |
| 10 | 3, 2013, at 9:30 a.m. on this court's regular criminal calendar. |
| 11 | Time for trial under the speedy trial act, 18 U.S.C. § 3161 et. |
| 12 | seq. is excluded from April 29, 2013 through June 3, 2013, |
| 13 | pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. |
| 14 | **IT IS SO ORDERED.** |
| 15 | By the Court, |

Date:   April 26, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE