United States District Court
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB**

| UNITED STATES OF AMERICA<br><br>v.<br><br>T'N: LONNELL MCARTER;<br>aka Lonel McCarter | **SENTENCING MINUTES**<br>**Time in Court: 28 minutes**<br><br>CASE #: CR-S-11-117-01<br>DATE: 1/12/2015<br>Deputy Clerk: Karen Kirksey Smith<br>Court Reporter: Diane Shepard |
|---|---|
| **For the Government:**<br><br>Matthew Morris, Asst. U.S. Attorney | **For the Defendant:**<br><br>Douglas Beevers, Asst. Federal Defender<br>**Defendant:** [X] Present  [X] In Custody |

[X]    **Judgment and Sentencing - Date of Plea or Finding of Guilty: 3/24/2014** to Count 2 of the Indictment.

[X]    **Defendant addresses the Court.**

[X]    **Imprisonment:** 157 months

[X]    **Special Assessment:** $100 due immediately    [X] **Fine:** Waived

[X]    **Term of supervised release:** 240 months.

[X]    **Conditions of supervised release:** Refer to Judgment and Commitment order.

[X]    **Special Conditions:** Refer to Judgment and Commitment order (excluding condition #9, which was stricken by the Court.

[X]    **Appeal Rights:** [ ] Given    [ X ] **Waived**

[X]    **Recommendation:** The Court recommends that the defendant be incarcerated at a facility in Arizona or California, but only insofar as this recommendation accords with security classification and space availability.

[X]    Upon motion made by the Government, the Court dismisses: **Count 1.**

[X]    Other: **The Court states modifications to the PSR, as noted on the record.**